UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-21003-CIV-JORDAN/McALILEY

ELAINE M. FISHER,
And other similarly-situated individuals,

       Plaintiffs,

v.

CARNIVAL CORPORATION, Foreign
Profit Corporation, D/B/A CARNIVAL CRUISE LINES,

       Defendant.
_____/

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, through

its counsel Akerman Senterfitt and pursuant to Federal Rule of Civil Procedure 7.1 discloses that

there are no parent corporations or publicly held corporations that hold ten percent or more of

Defendant's stock.

Dated: April 22nd, 2010
Miami, Florida

                    Respectfully submitted,

                    By: /s/ Jennifer Taylor Williams_____
                       James S. Bramnick, Esq. (0190994)
                       Email:  james.bramnick@akerman.com
                       Jennifer Taylor Williams, Esq. (0174203)
                       Email:  jennifer.williams@akerman.com
                       **AKERMAN SENTERFITT**
                       One Southeast Third Avenue
                       25th Floor
                       Miami, FL  33131-1714
                       Phone:  (305) 374-5600
                       Fax:  (305) 374-5095
                       Attorneys for Defendant

{M2926292;1}

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 22nd, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____/s/ Jennifer Taylor Williams_____
Jennifer Taylor Williams

## SERVICE LIST
### Case No. 10-21003-Civ-JORDAN/MCALILEY

Anthony M. Georges-Pierre, Esquire
agp@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
11900 Biscayne Blvd, Suite 288
North Miami, Florida 33181
Telephone: (305) 416-5000
Facsimile: (305) 416-5005
Counsel for Plaintiff

James S. Bramnick, Esquire
james.bramnick@akerman.com
Jennifer Taylor Williams, Esquire
jennifer.williams@akerman.com
Akerman Senterfitt, 25th Floor
One Southeast Third Avenue
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
Counsel for Defendant